# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
GARY R. HUNTSMAN, BAR NO. 3081.

No. 65269

**FILED**

JUL 07 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK



## *ORDER APPROVING CONDITIONAL GUILTY PLEA AGREEMENT*

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's recommendation that we approve, pursuant to SCR 113, a conditional guilty plea agreement in exchange for a stated form of discipline for attorney Gary R. Huntsman. Under the agreement, Huntsman admitted to violations of RPC 1.1 (competence) (three violations), RPC 1.3 (diligence) (three violations), RPC 1.4 (communication) (two violations), RPC 1.5 (fees), RPC 1.16 (declining or terminating representation), RPC 3.2 (expediting litigation), RPC 5.3 (responsibilities regarding nonlawyer assistants) (three violations), RPC 5.5 (unauthorized practice of law), and RPC 8.4(d) (misconduct: engage in conduct that is prejudicial to the administration of justice) (three violations).

The agreement provides for a suspension of six months, that Huntsman retake and pass the Multistate Professional Responsibility Exam, and that he pay the State Bar's bill of costs within 30 days.[1]

---

[1]The requirement to take and pass the Multistate Professional Responsibility Exam was recommended by the hearing panel and mutually agreed upon by Huntsman and bar counsel during the disciplinary hearing.

14-21924

In approving the conditional guilty plea agreement, the hearing panel considered as aggravating factors Huntsman's prior disciplinary offenses, his pattern of misconduct, multiple offenses, and his substantial experience in the practice of law. *See* SCR 102.5. In mitigation, the hearing panel considered the absence of selfish or dishonest motive, that Huntsman had personal problems, and that he demonstrated a cooperative attitude toward the proceeding and accepted responsibility for his conduct. *See id.*

Based on our review of the record, we conclude that the guilty plea agreement should be approved. *See* SCR 113(1). Huntsman is suspended from the practice of law for six months. Huntsman shall retake and pass the Multistate Professional Responsibility Exam and pay the State Bar's bill of costs within 30 days of receiving it. The parties shall comply with the applicable provisions of SCR 115 and SCR 121.1.

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.          _____, J.
Pickering                    Hardesty

_____, J.          _____, J.
Parraguirre                  Douglas

_____, J.          _____, J.
Cherry                       Saitta

cc: David Clark, Bar Counsel
Michael J. Warhola, LLC
Jeffrey R. Albregts, Chair, Southern Nevada Disciplinary Panel
Kimberly Farmer, Executive Director, State Bar of Nevada
Perry Thompson, Admissions Office, U.S. Supreme Court